

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CORRINE DUARTE, VISITING NURSE ASSOCIATION OF EL PASO A/K/A VNA HOME HEALTHCARE OF EL PASO, AND JOE WARDY, | § § § | No. 08-14-00074-CV Appeal from the |
| Appellants, | § | 384th Judicial District Court |
| v. | § | of El Paso County, Texas |
| MAYAMAX REHABILITATION SERVICES, L.L.P. AND CANDACE BAIRD, | § § | (TC# 2013DCV2498) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below, in accordance with this Court's opinion. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Barajas, C.J. (Senior Judge), and Larsen, J. (Senior Judge)
Barajas, C.J. (Senior Judge) and Larsen, J. (Senior Judge)(Sitting by assignment)